OPINION — AG — ** DUAL OFFICE — CITY COUNCILMAN ** A TRUSTEE OF A RURAL ELECTRIC COOPERATIVE IS PRECLUDED BY THE PROVISIONS OF 51 O.S. 6 [51-6] FROM SIMULTANEOUSLY HOLDING THE OFFICE OF CITY COUNCILMAN. TO THE EXTENT THAT OPINION NO. 78-206 IS CONSISTENT WITH THIS OPINION, IT IS HEREBY WITHDRAWN. (CONFLICT OF INTEREST, DUAL OFFICE HOLDING, PUBLIC OFFICE, MUNICIPALITY, EMINENT DOMAIN) CITE: 18 O.S. 437.1 [18-437.1], 18 O.S. 437.2 [18-437.2](O), 18 O.S. 437.8 [18-437.8], 51 O.S. 6 [51-6] OPINION NO. 78-206, OPINION NO. 81-042 (JOHN O. WALTON) === SEE: OVERRULED BY OPINION NO. 89-071 (1990) * ** SEE OPINION NO. 90-540 (1990) SEE: OPINION NO. 92-549 (1992)